## Gene BUCHANAN v. STATE.

No. 15773.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

B. F. Reynolds and Jeff A. Fowler, both of Throckmorton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, driving automobile while intoxicated; the punishment, confinement in the county jail for twenty days.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Clifton BURTON v. STATE.

No. 15859.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

A. J. Thompson, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The indictment, the charge of the court, the judgment and sentence appear regular.

The judgment will be affirmed.

## Wallace W. CAREY v. STATE.

No. 15813.

Court of Criminal Appeals of Texas.

Jan. 25, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.